**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1339**

———————————

DELOIS EDMONDSON,

Plaintiff - Appellant,

versus

JACK POTTER, Postmaster General,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CA-01-2887-S)

———————————

Submitted:  July 18, 2002          Decided:  July 23, 2002

———————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Delois Edmondson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Delois Edmondson appeals the district court's order dismissing her civil rights complaint without prejudice because she failed to perfect service of process. Because Edmondson may refile this action and perfect service of process, her appeal is interlocutory and not subject to appellate review under Domino Sugar Corp. v. Sugar Workers Local 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED